1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  TAELIENIU FAATILIGA,                    1:09-cv-02039-LJO-DLB (HC)

10                         Petitioner,      ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATION DENYING
11       v.                                 RESPONDENT'S MOTION TO DISMISS,
                                           AND REFERRING MATTER BACK TO
12  JAMES D. HARTLEY,                       MAGISTRATE JUDGE FOR FURTHER
                                           PROCEEDINGS
13                         Respondent.      [Doc. 14]
14  _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18          On March 1, 2010, the Magistrate Judge issued Findings and Recommendation

19  Respondent's motion to dismiss the instant petition as untimely be DENIED.  (Court Doc. 14.)

20  This Findings and Recommendation was served on all parties and contained notice that any

21  objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty

22  (30) days have passed and no party has filed objections.

23          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

24  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

25  Findings and Recommendation is supported by the record and proper analysis.

26  ///

27  ///

28  ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued March 1, 2010, is ADOPTED IN

        FULL;

2.      Respondent's motion to dismiss the instant petition as untimely is DENIED; and

3.      The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    April 20, 2010**                    _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE

2